AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

THE GUARANTEE COMPANY OF
NORTH AMERICA USA

             Plaintiff,

  v.

Andersen, et al.

             Defendants.

**DEFAULT JUDGMENT**

Case Number: 2:22-CV-00066-JCM-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor for Plaintiff against Deanne J. Andersen, Arthur D. Andersen and Andersen Hoeram & Excavation, LLC, in the amount of $112,244.42 plus interest.

7/15/2022
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk